IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NOE RODRIGUEZ MATA, | § § § | |
| *Petitioner,* | § § | |
| VS. | § § § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); DHS SECRETARY KRISTI LYNN NOEM (in her official capacity); U.S. ATTORNEY GENERAL PAMELA JO BONDI (in her official capacity); BRET BRADFORD, HOUSTON FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS (ICE ERO) (in their official capacity); and WARDEN, IAH SECURE ADULT DETENTION FACILITY (in their official capacity), | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00124 JUDGE MICHAEL J. TRUNCALE |
| *Respondents.* | § | |

## ORDER REGARDING ADMISSION

On February 13, 2026, Petitioner filed his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 in the Southern District of Texas, Houston Division. [Dkt. 1]. On February 18, 2026, this matter was transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 5]. At the time of transfer, counsel for Petitioner, William B. Shipley, was not admitted to practice in the Eastern District of Texas. On February 18, 2026, the Clerk emailed Mr. Shipley instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that William B. Shipley take the necessary steps to appear on behalf of Petitioner either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **March 6, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Mr. Shipley via Email at WILLIAM@IMMIGRATIONGENERALSERVICES.COM.

**SIGNED this 19th day of February, 2026.**

*[signature: Michael J. Truncale]*

Michael J. Truncale
United States District Judge